AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Nicole Prado<br><br>———————————<br>*Defendant* | )<br>)  Case: 1:21-mj-00458<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 6/3/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Nicole Prado _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    _____06/03/2021_____

Digitally signed by G. Michael Harvey
Date: 2021.06.03 16:09:12 -04'00'

*Issuing officer's signature*

City and state:    _____Washington, D.C._____        G. Michael Harvey, U.S. Magistrate Judge
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* 06/04/2021 , and the person was arrested on *(date)* 06/11/2021
at *(city and state)* Washington DC .

Date: 06/11/2021

_____
*Arresting officer's signature*

Steven Caldwell    DEO
*Printed name and title*