**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-403 (RC)** |
| | : | |
| **NICOLE PRADO,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL REDACTED STATEMENT OF FACTS TO CRIMINAL COMPLAINT AND SUBSITUTE A REVISED REDACTED VERSION**

The United States of America, by and through undersigned counsel, respectfully requests that the redacted Statement of Facts to the complaint in the above-captioned be resealed. The documents were unsealed upon the arrest of the Defendant. A redacted version of the Statement of Facts was also unsealed; however, not all information identified by the Government was redacted.

The Government moves to substitute the attached revised redacted version of the Statement of Facts for the current redacted version which was unsealed.

In its original motion to seal the complaint, the Government stated:

> The Affidavit also names an unindicted co-conspirator. The unindicted co-conspirator is integral into the overall investigation of PRADO. The public disclosure of the Government's evidence could compromise the integrity of the investigation, including the ability of the United States to locate and arrest the defendant and identify the unindicted co-conspirator. The Government also anticipates imminently obtaining one or more search warrants for items believed to be in the unindicted co-conspirator's and defendant's possession. Premature disclosure of the charging documents may risk hampering those efforts or lead to the destruction of evidence. Thus, a sealing order is necessary to avoid hindering the ongoing investigation in this matter and protect the identity of the unindicted co-conspirator.

[Docket Entry #3, ¶2).

In the motion, the Government asked the Court to unseal a redacted version of the Statement of Facts after the arrest of the Defendant. The Court granted this motion on June 3,

2021.  The redacted version of the Statement Facts to the Criminal Complaint was unsealed after the arrest of the Defendant on June 11, 2021.  However, not all information the Government wished to protect in the Statement of Facts was redacted.  This has been corrected and is reflected in the substitute redacted Statement of Facts.  (Attachment 1).

WHEREFORE, the United States respectfully requests that this Court issue an Order directing that the Clerk of the court seal the redacted Statement of Facts to the Complaint (Attachment #1 to Docket Entry #1) and substitute the attached revised redacted Statement of Facts in it's place.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/*Mona Lee M. Furst*_____
MONA LEE M. FURST
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 213-7420
Mona.Furst@usdoj.gov