

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 26, 2021

Joni Robin
Law Office of Joni C. Robin
114 North Alfred Street
Alexandria, VA  22314

    Re:   *United States v. Nicole Prado*
              Case No. 21-cr-403 (RC)

Dear Counsel:

    This is to memorialize the following initial discovery 6 placed into USAFX for you on August 26, 2021.

- Agent report document 6 (listed below) is the analysis of camera views and Defendant's route
- Tipster interviews, notes, and attachments of photos identified (redacted) (listed below)
- CCTV 0912 camera marked no. 12 (put into USAfx folder with Discovery 5 – August 23, 2021 CCTV videos) – designated HIGHLY SENSITIVE.

    🔺 12 - 0912USCS01UpperWestTerraceDoor_2021-01-06_14h20min00s773ms.mp4

- 266T-BA-3371757_0000033_1A0000004_0000001.pdf
- 266T-BA-3371757_0000033_1A0000004_0000002.pdf
- 266T-BA-3371757_0000033_1A0000004_0000003.pdf
- 266T-BA-3371757_0000033_1A0000004_0000008.pdf
- 266T-BA-3371757_0000033_1A0000006_0000001.jpg
- 266T-BA-3371757_0000034_1A0000008_0000001.pdf
- 266T-BA-3371757_0000034_1A0000008_0000003.pdf
- 266T-BA-3371757_0000034_1A0000009_0000001.pdf
- document_6.pdf
- r_266T-BA-3371757_0000033_1A0000004_0000004.pdf
- r_266T-BA-3371757_0000033_1A0000004_0000005.pdf
- r_266T-BA-3371757_0000033_1A0000004_0000006.pdf
- r_266T-BA-3371757_0000033_1A0000004_0000007.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000002.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000004.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000005.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000006.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000007.pdf
- r_266T-BA-3371757_0000034_1A0000008_0000008.pdf
- (U) Serial 6_Tip_Interview_1.8.21_Redacted.pdf
- (U) Serial 9_Interview_1.15.21_Redacted.pdf
- (U) Serial 10_Interview_1.15.21_Redacted.pdf
- (U) Serial 12_InitialTip_Redacted.pdf
- (U) Serial 13_Interview_1.11.21_Redacted.pdf
- (U) Serial 26_Interview_3.10.21_Redacted.pdf
- (U) Serial 33_Interview_3.26.21_Redactions.pdf
- (U) Serial 34_Interview_3.29.21_Redacted.pdf
- Serial 6_Interview+Notes_Redacted.pdf
- Serial 9_Notes_Redacted.pdf
- Serial 33_InterviewNotes_3.26.21_Redacted.pdf
- Serial 34_InterviewNotes_Redacted.pdf

  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

  The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

  Additional materials will be provided after entry of a Protective Order and Order to Disclose 6e and Sealed Materials are in place in this case.

  I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

  I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

  I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

        Sincerely,

        /s/ *Mona Lee M. Furst*
        Mona Lee M. Furst
        Assistant United States Attorney

Enclosure(s)
cc: