Honorable Rudolph Contreras                                                                                            01-10-2022

U.S. District Court Judge

United States District Court Judge for the District of Columbia

333 Constitution Avenue, D.C. 20001


Dear Sir:

My name is Julio A Prado I was born in Bolivia South America I was raise in a Catholic oriented family, in my second year of economic studies at Mayor San Simon University Cochabamba Bolivia, I made de biggest decision in my life, which I will never regret, I went to the land of opportunities, the grates country in the world. United States of America. I've got married and have 3 children's the first one Nicole Prado which is a bless to have a beautiful daughter no only outside but the most important Inside, we raised our family with the same principles, going to church every Sunday morning and being thanksfooll for what we have. Nicole went for feu years to Mother of God catholic school in Gaithersburg MD.

Nicole being the oldest, always demonstrate the kindness and love for her little brothers. Unfortunately, in 2000 they have a car crash been hurt her little brother with neck injury, that was devastated for our family, but Nicole always demonstrated the strained to keep going, when her mother took my children's to Bolivia and left them by themselves without my permeation to keep them away during the divorce she was the one who took care of her little brothers Nicole finishing school and getting her bachelor's degree in art which demonstrated her love for nature and life. Nicole is an example of kindness, love in our family, and now in her own Family is showing that she is the best Mother in the world. I Thanks God to have Nicole as my daughter.

Sincerely.


Julio A Prado.