**From:** Jeffrey Ranbom 
**Subject:** Letter for Nicole Prado.1
**Date:** January 25, 2022 at 7:45 PM
**To:** Joni Robin joni@jonirobinlaw.com
**Cc:**



joni@jonirobinlaw.com

Honorable Rudolph Contreras
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Contreras:

On January 6, 2021, my daughter-in-law, Nicole Prado, attended what she believed would be a protest at the Capitol. She now understands that it was naïve to participate in the Trump event at the Capitol. In the past she attended the Obama inauguration and had gone door-to-door for Bernie Sanders and appeared at his rallies, because she respected them and thought this gathering would be similar. However, she has now pleaded guilty to a misdemeanor and awaits sentencing. She told me that if she had known that the event would prove to be violent, she would not have put herself at risk.

My daughter-in-law is a compassionate person and well aware of the suffering that her paraplegic brother and her cousin with cerebral palsy live with. Nicole is not a violent person and would not consciously break the law.  Nicole is a first-generation Bolivian-American who is fluent in Spanish. She is not a white supremacist.

In the three years I have known her, she has been a caring wife and mother and an attentive daughter-in-law.  I am a disabled New York Jew who is an ardent liberal, and Nicole has always expressed respect and interest in my heritage, beliefs and well-being.

When Nicole met my son, Alex, she was an art student studying graphic design. She recently graduated with a BA from Maryland Institute College of Art in Baltimore, MD. Now they have two children--Brutus who was born in 2019 and Amaia who was born in 2021. Alex has worked as a construction manager for several years. Nicole is the main caregiver for the children and takes on freelance graphic design projects when that is possible.

My son and Nicole have worked very hard to establish a successful family life, and I plead with the court to show leniency. She has expressed to me remorseful feelings about actions taken on January 6th. She is troubled by the violence that occurred at the Capitol. She takes very seriously her commitment to behaving constructively when she chooses to protest. I believe she will continue to work to be a good citizen, mother and wife.

Sincerely,

Jeffrey Ranbom

Sent from Mail for Windows