

Laura Clavijo

January 16, 2022

Honorable Judge Rudolph Contreras
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

To: The Honorable Judge Contreras,

     My name is Laura Clavijo, I am Nicole Prado's older cousin. I have known her all her life. Growing up, our family spent many special events, summer barbecues, and holidays together. Nicole and I are only 3 years apart so we spent a lot of time together during those gatherings. As we grew into adults, we took the reins in keeping in touch and getting together for special events, holidays, and spending time in communion. I have always known her to be upbeat, kind, positive, and to have a light hearted bright outlook on life. One particular moment I recall about Nicole as a young adult is at our yearly Christmas gathering, at my aunt's house. She had been away in Bolivia, I knew she didn't have much money, but she bought every cousin a present, child or not. Mine was a winter hat. It is something small, but in that moment I recalled all the Christmas' we shared together, and how she always made the effort to make everyone feel special, even with the smallest gift. I have always admired that about her. In 2016, I became a mom for the first time and although she had just had surgery she came to visit me at the hospital and brought my son a stuffed animal. Shortly after, I moved out of state to North Carolina. When I came back a year later, she was one of the people I could count on to help me with babysitting. In 2019, I had my 2nd child, and again, she was consistent in helping me throughout my pregnancy. She would come over, spend time with my son and relieve me of the hustle and bustle of being pregnant with a toddler. I never paid her. It was always just her way of being there for me. Shortly after I had my baby, she became pregnant and she continued to help me with baby sitting and just being extra support for me as a mom of two. She was always a joy to be around. During that time she had many questions for me about being pregnant and having the baby. I would get random text messages about her experiences and questions she had about all the new developments and what was to come. I was very excited for her to become a mom. Unfortunately, I wasn't able to be there for her in the same way due to the pandemic. We kept each other up to date through texting and calling. She has been a very caring mother to her son and daughter. Although she was in college and then worked part-time, her primary role in her household has been to be their mom. I am proud to have seen her grow from a young single woman, to finding a loving marriage, finishing school, and becoming a mom. I've seen her use her natural warmth and hard working attitude to grow as a reliable and loving mother of two. When she expressed to me that she and her husband had decided to move to Florida, I was really sad that she wouldn't be close by to visit as things started normalizing with the pandemic.

She is someone I know I can trust, who sparks joy with her presence, and who is a loving aunt to my kids. I have never known her to be violent or hateful.

      It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current prosecution, I do believe Nicole Prado is a kind, non-violent, co-operative human being that is needed by and provides care for her children. Thank you for your time.

Sincerely,

*Laura Clavijo*

Laura Clavijo