**Christian Camacho**

January 13, 2022

**Honorable Rudolph Contreras**
U.S District Court Judge

United States District Court for the District of Columbia

333 Constitution Avenue, N.W

Washington, D.C. 20001

Dear Honorable Judge Rudolph Contreras,

I am writing on behalf of Nicole Prado. Mrs. Prado and I have been close friends for almost ten years, ever since we met in college back in 2012. In this time, she has proven to be a supportive and kind character. In recent years, Mrs. Prado is known for being a loving and dedicated mother.

Mrs. Prado is a close family friend. My mother has always treated her as if she was her own daughter, while my nieces have looked up to her and have voiced their wishes for Mrs. Prado to become their godmother. Ever since I met Nicole, she has been in the role of a caretaker. She managed the responsibility of being a full-time student and living independently with two dogs, one of which is still currently part of her family unit.

When Nicole became pregnant with her first child, I had no doubt that she would excel in her role as a mother. Soon after, Nicole became pregnant with a second child and has ever since served as the primary caretaker of both kids. Mrs. Prado constantly keeps me up to date with the children's lives, often communicating via video chats. She is a devoted mother and wife, dedicating her life to the well-being and unity of her family.

It is imperative that Mrs. Prado be present in this stage of her children's upbringing, considering their young age. Any time away from them would cause a disruption in their mental and emotional growth. I believe Mrs. Prado has every intention of improving; she has always been of a strong personality with a desire for self-improvement. It is my hope this letter regarding Nicole Prado will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Christian Camacho