**From:** Alex-Cristy Ayala ██████████████
**Subject:** Character Letter Nicole Prado
**Date:** January 17, 2022 at 6:50 AM
**To:** joni@jonirobinlaw.com, ████████████████

AA

From: Cristina Ayala
Boca Raton, FL
561-488-3816

To: Honorable Rudolph Contreras
    U.S. District Court Judge
    United States District Court for the District of Columbia
      333 Constitution Avenue, N.W.
      Washington, D.C.  20001

Re: Character Letter- Nicole Prado

Most Honorable Judge Contreras,
My name is Cristina Ayala, and I am writing this letter to provide a character letter for Nicole Prado.  Nicole is the oldest daughter of my dear uncle, cousin of my father. We share the same great great grand father.  I have known Nicole since she was around 5 years old. I would occasionally see Nicole in family gatherings back in Maryland. She was always a pleasure to be around. She would always remember my family with sweet details, presents for my kids and despite the gap in age, she blended beautifully speaking with adults as well as playing with my sons who were babies at that time.

Huge was the pleasure when I found out she was moving to Florida. I moved to South Florida in 2009.  Since Nicole moved to South Florida last year, we have shared birthdays, some holidays, afternoon teas, and I have seen first hand her love for her children and her husband, her new family. I certainly wouldn't have expected anything less seeing her love for children since her younger years.  What I have seen these past year is that Nicole is a sweet supportive wife, lovely and nurturing mother, great listener, a person I can count on. She has such a tender heart! Always willing to help.  Nicole is extremely independent, and though she has me a stone-throw away, Nicole has never asked for help. Instead, we have shared great lunches and sweet afternoons talking's about our kids and the potential of having kids being raised in lovely and sunny South Florida.

If you have any questions, Please don't hesitate to contact me.
Sincerely,
Cristina (Cristy) Ayala

--
The Ayala Family
████████████████

Have a Blessed Day!