Dear, Honorable Rudolph Contreras


My name is Blanca Clavijo, I am Nicole Prado's grandmother. I have been part of Nicole's life since she was born.

Nicole has always showed kindness, sweetness and love to others, willingness to help the ones in need. Nicole is a good granddaughter, good friend, sister, cousin and now a wonderful mother. We will always talk regularly and she would always ask about my health and is willing to come by my house to ensure that my health Improves.

She has worked hard to graduate from school while also working and paying all her bills, a responsible young lady.

Once Nicole became a mother her children became her priority in life, she wants to be the one raising them so she stopped working as much so she can be there for them. She take the time to read to them everyday and gives them the love and care only a mother can give.

Since the incident on January the 6th Nicole has been under a lot of stress. When she learned of the prosecution she would come to me and break down in tears she regretted going inside the capitol. She also stressed out over the FBI investigation which led to sleepless night and Amaia's premature birth.

Nicole is not a bad person by any means, she was caught up in the moment and followed the crowd. She had no ill intentions during the trump rally as she even was taking pictures of capitol hill for a school project of hers.

I ask of the judge that with the goodness you have to please show leniency toward her. Her children will suffer the most as they depend on her and she has felt regret over what had happened.


Sincerely,

Blanca Clavijo


1/15/2022

X _Blanca Clavijo_

Blanca D Clavijo

Signed by: bb72a7bc-03f4-4a9c-9ff2-406d0a248ded