Honorable Rudolph Contreras
U.S. District Court Judge
United States District Court for the District of Columbia 333 Constitution Avenue, NW
Washington, DC 20001

I have known Nicole as a friend of the family for nearly 20 years, from when she was still in school.  And I can say unequivocally that she has always been a person of the highest possible aspirations in the way she leads her life and how she treats others, especially older people.

She has a healthy outlook on life and goes out of her way to help others when and where she can and would never do anything to intentionally do harm to anyone or cause any misfortune to come about.

She is very much family oriented and is a great mother to her children and loves and cares for them as a central part of her life.  She would be heartbroken and devastated if she ever had to be away from them. And they would be devastated without their mom.

While we are all not without faults, she is quick to learn from her mistakes and take remedial actions to right any misdeeds. She sincerely regrets that sad day and while not associated with any of the violence committed by others, she confirms regret of the entire incident, and is resolved to never again get involved with such actions.  As a result, she intends to be a positive influence in today's society against the frustrating aspects of today's world.

She provides an overall positive daily drive through the everyday negative challenges that we all must face these days and always seeks the right way forward.

Someone with her positive motivations is more of a rarity in society these days, and it would be a disservice to interrupt her sincere positive energy.

Hopefully, she can be allowed to thrive as the good mother that she is and to continue her good work and positive contributions to her family and friends, making this a better world for everyone.

Respectfully,

J N