

**From:** Joni Robin joni@jonirobinlaw.com
**Subject:** Fwd: Intaglio
**Date:** January 31, 2022 at 4:42 PM
**To:** Joni joni@jonirobinlaw.com

---------- Forwarded message ---------
From: **Nicole Prado** <
Date: Thu, Nov 17, 2016 at 10:23 AM
Subject: Re: Intaglio
To: Carr,

Thank you so much! See you in open studio!! :)

On Thu, Nov 17, 2016, 10:09 AM Carr,

> Hi Nicole,
>
> Yes I would count that as excused
>
> Enjoy the afternoon!
>
> Congrats! Your painting is in the showcase!
>
> Prof. Carr

From: Nicole Prado <
Date: Thursday, November 17, 2016 at 9:36 AM
To: "Carr,
Subject: Intaglio

Good morning Prof. Carr!

I was wondering if it would count as an excused absence to go see Sen. Bernie Sanders speak at a rally today from 1 to 3pm (I'll attach the screenshot to this email). After the rally, the plan is to go back for open studio.

Hope you're having a lovely day.

Kind Regard,

Nicole Prado