# MONTGOMERY COLLEGE

Raptor Central Online Request Form www.montgomerycollege.edu/rc-request

For help with WD&CE non-credit course applications contact
240-567-5188, wdce@montgomerycollege.edu

Search [    ] Go

Nicole Prado
Winter 2021 (Credit)
Jun 10, 2021 10:40 am

## Final Grades

### Student Information

**Current Program**
Associate of Fine Arts

| | |
|---|---|
| Level: | Credit |
| Program: | Graphic Design AFA |
| Admit Term: | Fall 2015 |
| Admit Type: | Transfer |
| Catalog Term: | Summer I 2017 |
| College: | Montgomery College |
| Campus: | Takoma Park/Silver Spring |
| Major: | Graphic Design - AFA |
| Academic Standing: | Good Standing |

### Credit Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 60175 | ARTT | 112 | 400 | DIGIT PHOTO-FINE ARTS I | Rockville | A | 3.000 | 3.000 | 3.000 | 12.00 |

### Credit Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 78.000 | 66.000 | 69.000 | 249.00 | 3.61 |
| Transfer: | 0.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 78.000 | 72.000 | 69.000 | 249.00 | 3.61 |