202124 - ARTT-    Announcements

| | Institution | **Course** |

**202124 - ARTT-**

Home Page

Syllabus

Course Content

Discussions

Announcements

Tools

Library Research Help

Library Course Reserves

For Faculty: Embed Library Instructional Content

MC Resources

Help

### Announcements

**Narrative**

Posted by:
Posted to: 202124 - ARTT-

Posted on: Tuesday, January 12, 2021 8:59:25 AM EST

The narrative assignment is your opportunity to tell stories with your photographs. Please do 1 of the following:

1. A profile of a person. You will follow your subject for several hours or days (depending on availability) to give the viewer an inside look at the person. Identify what is interesting about your subject, such as occupation, hobby, lifestyle, and use your camera to bring these to the viewer. Use a variety of images, some where the subject is aware and looking at the camera, and some where the subject is not paying attention to the camera. (Captions allowed)

2. A series of photos describing an event or procedure that you set up and orchestrate yourself. You will manage the various aspects of the images such as background, lighting etc. (No captions allowed)

3. A series of photographs covering an event over which you have no control. Cover the event using photojournalism style to help the viewer who did not witness it to know what happened. (Captions allowed)

Create a folder in OnDrive named "narrative" and put these photos in it. No additional folders please. You will name the photos starting with 5_narrative. This assignment will not be graded by itself; it will become a part of your final portfolio which is due on January 21.

Do not submit this, nor any other assignment via Blackboard or email.