Honorable Rudolph Contreras
U.S. District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Contreras:

On January 6th, I decided to leave my Digital Photography class early and headed alone to D.C. I hoped to hear the President speak, show my support, and take photos for my class project. The first political event I attended alone was for President Obama's first inauguration when I was seventeen. Then, years later, I attended several events in support of Bernie Sanders. I have always been peaceful and polite at the multiple political events I've attended. When the shutdowns happened and my family found itself on the verge of possibly losing everything, I became a staunch supporter of President Trump who was against shutting down and letting families like mine continue to work and sustain their loved ones. I also saw the pain and destruction that occurred during the summer of 2020 and was firmly against the attacks on the police, destruction of property, etc. I had no intention in participating in that type of event. My intention was always to peacefully protest. I could offer you a lot of reasons why, in the moment, I didn't appreciate the gravity of my decision to go inside; and I know that my attorney will. The unavoidable truth is that my going inside the Capitol has proven to be one of the most painful and costliest decisions of my life; one that has impacted my family every day since then and cost me relationships with people I held close. It is a decision that in hindsight I would not have made. If I could go back, knowing what I now know, I would like to think I would instead encourage others like and by me to walk away and abide the intention of law enforcement, as I did when I asked another to listen to the police officer's command on our way out of the building.

Despite my poor decision, I want to stress that I don't condone any violence that happened that day. I'm a nonviolent person and I hope that my own personal interactions with police that day (thanking one officer and politely obeying the instructions of another) show that. I walked away from moments that made me uncomfortable, although I realize it was not enough. I should have not just left the area but left the building entirely.


Sincerely,
Nicole Prado