## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-403 (RC)** |
| | **:** | |
| **NICOLE PRADO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibit provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibit 1 was obtained from the telephone of another January 6, 2021 defendant.    Exhibits 2 and 3 are three videos obtained from Nicole Prado that had been on her telephone. Exhibit 4 was obtained from social media. The exhibits are:

1. Government Exhibit 1 is a video approximately 3 minutes 24 seconds in length that portrays the Upper West Terrace area and a crowd of rioters they breached the Upper West Terrace doors at approximately 2:33 pm.

2. Government Exhibit 2 is a video approximately 5 seconds in length that portrays rioters chanting while inside the House side of the Capitol.

3. Government Exhibit 3 is a video approximately 48 seconds in length that depicts rioters (as videoed by Defendant) being questioned by an officer about someone shooting.

4. Government Exhibit 4 is a video approximately 10 seconds in length depicting Defendant and posted to social media in which she is called "the new speaker of the House."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ *Mona Lee M. Furst*
MONA LEE M. FURST
Assistant United States Attorney
Federal Major Crimes
Detailee
U.S. Attorney's Office
301 N. Main, Ste 1200
Wichita, Kansas 67202
Office: 316-269-6481
Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 31st day of January, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney